UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANDREW HESS,

    Plaintiff,

    v.

OAKLAND COUNTY, MICHIGAN;
KAREN McDONALD, Oakland County
Prosecutor, Oakland County, Michigan;
JOE ROZELL, Director of Elections,
Oakland County, Michigan; MICHAEL
J. BOUCHARD, Oakland County
Sheriff, Oakland County, Michigan; and
MATTHEW PESCHKE, Sergeant,
Oakland County Sheriff's Office,
Oakland County, Michigan,

    Defendants.

No. 2:25-cv-10665-GAD-KGA

Hon. Gershwin A. Drain

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Andrew Hess ("Plaintiff") appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order Denying Plaintiff's Motion for a Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 36) entered in this action on August 29, 2025.

Respectfully submitted,

AMERICAN FREEDOM LAW CENTER

/s/ *Robert J. Muise*
Robert J. Muise, Esq. (P62849)
PO Box 131098
Ann Arbor, Michigan 48113
Tel: (734) 635-3756; Fax: (801) 760-3901
rmuise@muiselawgroup.com

s/ *David Yerushalmi*
David Yerushalmi, Esq. (Ariz. Bar No. 009616;
DC Bar No. 978179; Cal. Bar No. 132011;
NY Bar No. 4632568)
1901 Pennsylvania Avenue NW, Suite 201
Washington, D.C. 20006
Tel: (646) 262-0500; Fax: (801) 760-3901
dyerushalmi@americanfreedomlawcenter.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the court's electronic filing system.  Parties may access this filing through the court's system.  All counsel for the parties have entered their appearances.

AMERICAN FREEDOM LAW CENTER

/s/ *Robert J. Muise*
Robert J. Muise, Esq.